UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                                )
    Mary Belford Smith,       )       Case No. 08-48253-659
                                      )       Chapter 13
                                      )
        Debtor.          )
                                      )

## OBJECTION TO CLAIM AND NOTICE

COMES NOW Debtor, by and through her attorney, David T. Lumerman, and for her objection to claim states as follows:

1. Claim  #5-1  filed as a secured claim by St. Louis County Collector of Revenue in the amount of $1,299.84, should be denied as this debt has been paid in full.

WHEREFORE, Debtor prays the Court enter an Order Sustaining this Objection.

        Respectfully Submitted,

        /s/ David T. Lumerman
        David T. Lumerman
        Attorney for Debtor(s)
        1221 Locust St., Suite 1000
        St. Louis, MO 63103
        (314) 421-3313 (Telephone)
        (314) 421-5188 (Facsimile)
        dlumerman@sbcglobal.net
        MO Bar #24602, EDMO #30773

# NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Debtor has filed an objection to your claim. ANY RESPONSIVE PLEADING IN OPPOSITION TO THE ABOVE OBJECTION MUST BE FILED IN WRITING WITH **THE CLERK OF THE BANKRUPTCY COURT, 111 S. 10th ST., FOURTH FLOOR, ST. LOUIS, MO 63103**, AND WITH DEBTOR'S ATTORNEY AT THE ADDRESS INDICATED BELOW, WITHIN 33 DAYS OF THE DATE OF THIS NOTICE. IF NO RESPONSIVE PLEADING IS FILED, THE OBJECTION MAY BE SUSTAINED AND THE CLAIM DISALLOWED OR MODIFIED WITHOUT FURTHER NOTICE TO ANY PARTY UPON SUBMISSION OF AN ORDER FROM DEBTOR'S COUNSEL. If a response is filed, this matter will be set for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing Objection to Claim and Notice were served upon the persons listed below by first class mail, postage prepaid this December 10, 2008.

/s/ David T. Lumerman
David T. Lumerman
Attorney for Debtor(s)
1221 Locust St., Suite 1000
St. Louis, MO 63103
(314) 421-3313 (Telephone)
(314) 421-5188 (Facsimile)
dlumerman@sbcglobal.net
MO Bar #24602, EDMO #30773

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Objection to Claim and Notice was served upon the following attorney(s) of record, either electronically via the Court's ECF system, or via regular US Mail, this December 10, 2008:

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Collector of Revenue
41 South Central
St. Louis, MO 63105

/s/ David T. Lumerman
David T. Lumerman
Attorney for Debtor(s)