# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

In Re: )
)
Mary Belford Smith, ) Case No. 08-48258-659
) Chapter 13
) Claim No. 5-1
)
Debtor. )

## CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM No. 5-1 AND WITHDRAWAL OF SAID CLAIM

COMES NOW Creditor, Collector of Revenue for St. Louis County, Missouri by and through his attorney, and states in response to Debtor's Objection to Claim No. 5-1:

1. Creditor, Collector of Revenue, represents St. Louis County, Missouri, which is a political subdivision of the State of Missouri.

2. Creditor admits that Claim No. 5-1 has been paid as of December 15, 2008 and no taxes are owed.

3. Creditor withdraws said claim.

    ST. LOUIS COUNTY COUNSELOR
    PATRICIA REDINGTON

By:/s/ Robert E. Fox, Jr.
    Robert E. Fox, Jr. 3131
    Associate County Counselor
    41 South Central
    Clayton, MO 63105
    (314) 615-7042
    (314) 615-3732 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed December 24, 2008, to:

David T. Lumerman
Atttorney for Debtor
1221 Locust St. -1000
St. Louis, Missouri 63103

/s/ Robert E. Fox, Jr.
Robert E. Fox, Jr.