UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: MARY BELFORD          ) Case No. 08-48253-659   Chapter 13
        SMITH                     )
                            ) Plan Pmt:    $      255.00    /Month
                            )    Term:             60.00    Months
                            ) 100% TO UNSECURED CREDITORS
                  Debtor(s)    ) 1ST AMENDED     #14

CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN
CERTIFICATION

     COMES NOW Chapter 13 Trustee and certifies that: he has reviewed debtor's schedules and plan and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the debtor(s) have advised that they have made all DSO payments and filed all tax returns as required by 11 U.S.C. Section 1325(a)(8) & (9) or the Trustee's objection has been overruled. The debtor(s) are substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Date: January 16, 2009
JH -477

_John V La Barge Jr._

                               John V LaBarge Jr    Ch 13 Trustee
Original confirmation           P.O. Box 430908
hearing set for: Dec 11, 2008     St. Louis, MO 63143    (314) 781-8100

ORDER

     It is ORDERED that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C. Section 1304(b), the debtor(s) is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval. Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. Sec. 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. Sec. 726(a)(3).

Dated:            JAN 2 3 2009
St. Louis, Missouri
Copy mailed to:                _Kathy A. Surratt-States_

                               U.S. Bankruptcy Judge

DAVID T LUMERMAN               John V LaBarge Jr
1221 LOCUST ST                Chapter 13 Trustee
10TH FL                        P.O. Box 430908
ST LOUIS MO   63103           St. Louis, MO 63143

MARY BELFORD SMITH
9532 STANSBERRY
SAINT LOUIS MO   63134