```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION

IN RE:                              )    CASE NO: 08-48253-659
                                    )
MARY BELFORD SMITH                  )
                                    )    CHAPTER 13
                                    )
                    DEBTOR(S)       )
```

**NOTICE OF LACK OF FEASIBILITY OF THE CHAPTER 13 PLAN**

     PLEASE TAKE NOTICE that John V. LaBarge, Jr., Standing Chapter 13 Trustee, has reviewed the case herein and has done a feasibility calculation. The plan appears to lack feasibility because it will not pay in full all creditors entitled to full repayment or it will not pay a meaningful amount to unsecured creditors. If the plan completes as is, the Trustee will raise an objection to discharge and the debtor(s) may not receive a discharge of otherwise dischargeable debts.

```
                                    /s/ John V. LaBarge, Jr.
                                    ----------------------------------
                                    John V. LaBarge, Jr.
                                    Chapter 13 Trustee   trust33@ch13stl.com
DATE: May 6, 2009                   P.O. Box 430908
                                    St. Louis, MO 63143
BC -046                             (314) 781-8100 Fax: (314) 781-8881
```

     The undersigned hereby certifies that he served the above notice on this day of May 6, 2009        , either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

```
                                     /s/ John V. LaBarge, Jr.
                                    ----------------------------------
```

DAVID T LUMERMAN
1221 LOCUST ST
10TH FL
ST LOUIS MO  63103

MARY BELFORD SMITH
9532 STANSBERRY
SAINT LOUIS MO  63134