# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### Eastern Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **MARY BELFORD SMITH** ) | |
| ) | **Case No. 08-48253-659** |
| Debtor. ) | **Chapter 13** |
| ) | |
| ) | |
| **GRP FINANCIAL SERVICES CORP.** ) | |
| ) | **DOCKET NO._____** |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| **MARY BELFORD SMITH** ) | |
| ) | |
| Respondent. ) | |
| ) | |

## SECOND NOTICE OF DEFAULT OF CONSENT ORDER AND STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

**COMES NOW**, GRP Financial Services Corp. and its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Movant") by and through counsel, Amy Tucker Ryan, and the law firm of Martin, Leigh, Laws & Fritzlen, P.C., states to the Court as follows:

1. On January 30, 2009 the Court entered an Order adopting a Consent Order and Stipulation executed by both parties agreeing that Debtor would begin making the regular monthly payments to Movant on February 1, 2009, and continue making those payments each and every month thereafter pursuant to the terms and conditions of the existing Note and Deed of Trust.

2. In addition to Debtor's regular monthly obligation to Movant, Debtor consented and agreed to pay Movant the total sum of $1,170.92 through a six (6) month installment period.

3.  The Debtor is currently in arrears to Movant in the amount of **$801.03**. Said sum represents:

    a.  Two Regular monthly payments (9/1/09 - 10/1/09 @ $398.36/ea.   $796.72
    b.  One late charge (9/09) @ $11.28/ea   $ 11.28
    c.  Movant`s Attorney Fees for this Notice   $ 50.00
    d.  Less Debtor's Suspense   <$ 56.97>

4.  Pursuant to said Stipulation and Court Order, the Debtor is granted ten (10) days from the date of this Notice in which to bring past due amounts current. Payment in certified funds should be mailed to the following address:

**GRP**
**Attn: Bankruptcy Department**
**445 Hamilton Ave., 8th Floor**
**White Plains, NY 10601**

5.  This Notice is hereby served on all parties receiving electronic notice and on Debtor via United States mail. The Debtor shall have ten (10) days to cure past due arrearages or the automatic stay shall be lifted by filing an Order with the court.

6.  This is the second notice of Default.

    Respectfully submitted,

    MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

    s/Amy Tucker Ryan
    Amy Tucker Ryan, EMO#76827, atr@mllfpc.com
    1044 Main Street, Suite 900
    Kansas City, Missouri 64105
    Telephone:   (816) 221-1430
    Fax:         (816) 221-1044
    ATTORNEYS FOR Movant

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was served through the Court's ECF system, on this 9th day of October, 2009:

David T. Lumerman
Attorney at Law
1221 Locust St., Suite 1000
St. Louis, MO 63103

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102

And via United States mail, postage prepaid, to:

Mary Belford Smith
9532 Stansberry
St. Louis, MO 63134

                                              s/Amy Tucker Ryan___
                                              Attorney for Movant