UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Mary Belford Smith, | ) | Case No. 08-48253-659 |
| Debtor, | ) | Chapter 13 |
| | ) | |
| | ) | |
| GRP Financial Services, | ) | **RESPONSE TO SECOND** |
| | ) | **NOTICE OF DEFAULT** |
| | ) | |
| Movant, | ) | |
| | ) | David T. Lumerman |
| vs. | ) | 1221 Locust Street, Suite 1000 |
| | ) | St. Louis, MO 63103 |
| Mary Belford Smith, | ) | Phone: 314-421-3313 |
| Debtor, and | ) | Fax: 314-421-5188 |
| John V. LaBarge, Trustee, | ) | dlumerman@sbcglobal.net |
| Respondents. | ) | MO Bar #24602, EDMO #30773 |

## <u>RESPONSE TO SECOND NOTICE OF DEFAULT</u>

COMES NOW Debtor, by and through Counsel, and for her Response to the Second Notice
of Default filed by GRP Financial Services, states to the Court as follows:

1.     Debtor states she has made the September 2009, post-petition mortgage payment and
will make the October 2009, post-petition mortgage, payment shortly.

WHEREFORE, Debtor prays that the relief sought by GRP Financial Services, be denied,
and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ David T. Lumerman
David T. Lumerman
Attorney for Debtor(s)
1221 Locust St., Suite 1000
St. Louis, MO 63103
(314) 421-3313 (Telephone)
(314) 421-5188 (Facsimile)
dlumerman@sbcglobal.net
MO Bar #24602, EDMO #30773

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Second Notice of Breach was served upon the following, either electronically via the Court's ECF system, or via regular US Mail, this October 14, 2009:


John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the US Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102

Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street, Suite 900
Kansas City, MO 64105

Mary Belford Smith
9532 Stansberry
St. Louis, MO 63134


/s/ David T. Lumerman
David T. Lumerman
Attorney for Debtor(s)
1221 Locust St., Suite 1000
St. Louis, MO 63103
(314) 421-3313 (Telephone)
(314) 421-5188 (Facsimile)
dlumerman@sbcglobal.net
MO Bar #24602, EDMO #30773