**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI**
Eastern Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MARY BELFORD SMITH** | ) | Case No. 08-48253-659 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Hearing Date: November 16, 2009 |
| **GRP FINANCIAL SERVICES CORP.** | ) | |
| | ) | Hearing Time: 10:00 a.m. |
| Movant, | ) | |
| | ) | |
| v. | ) | DOCKET NO._____ |
| | ) | |
| **MARY BELFORD SMITH** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**NOTICE OF HEARING REGARDING SECOND NOTICE OF DEFAULT OF CONSENT ORDER AND STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF**

**COMES NOW,** GRP Loan, LLC., and its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Movant") by and through its attorney, Amy Tucker Ryan and the law firm of Martin, Leigh, Laws & Fritzlen, P.C., provides this notice.

**YOU ARE HEREBY** notified that a hearing will be take place on *November 16, 2009* in the 7th Floor, North Courtroom, at 111 S. Tenth St., St. Louis, Missouri, with the Honorable Kathy A. Surratt-States presiding. **By and through this Notice Movant hereby waives the thirty (30) day notice requirement.**

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.


s/Amy Tucker Ryan
Amy Tucker Ryan, #76827, atr@mllfpc.com
1044 Main Street, Ste. 900
Kansas City, Missouri 64105
Telephone: (816) 221-1430
Fax: (816) 221-1044
ATTORNEYS FOR MOVANT

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 15th day of October, 2009, a true and correct copy of the above and foregoing was electronically filed, to the following:

David T. Lumerman
1221 Locust St., Suite 1000
St. Louis, MO 63103

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102

And via United States mail, postage prepaid, to:

Mary Belford Smith
9532 Stansberry
St. Louis, MO 63134


s/Amy Tucker Ryan
Attorney for Movant