**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI**
Eastern Division

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **MARY BELFORD SMITH** ) | |
|           Debtor. ) | Case No. 08-48253-659 |
| ) | Chapter 13 |
| **GRP FINANCIAL SERVICES CORP.** ) | |
| ) | Hearing Date: November 16, |
|           Movant, ) | 2009 |
| ) | Hearing Time: 10:00 a.m. |
|       v. ) | |
| ) | |
| **MARY BELFORD SMITH** ) | DOCKET NO. 24 |
|          Respondent. ) | (Notice of Default #45) |
| )) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

**THIS MATTER** comes on for consideration upon the Second Notice of Default of Consent Order and Stipulation by GRP Financial Services Corp. and its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Movant"). The Court, having reviewed the pleadings and being duly advised in the premises, finds:

1. The parties entered into a Consent Order and Stipulation in Settlement of Motion for Relief on January 30, 2009, which requires the Debtor to make certain payments in additional to the regular ongoing mortgage payments.

2. The Debtor failed to comply with the terms of the Consent Order and Stipulation and is in default thereof.

3. Cause exists pursuant to 11U.S.C. Section 362(d) to lift the Automatic Stay.

**IT IS THEREFORE ORDERED** that GRP Financial Services Corp. is granted relief from the automatic stay imposed under 11 U.S.C. Section 362 to foreclose the lien of its deed of trust as to the real property legally described as:

LOT 35 OF WOODSON HILLS PLAT 3, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 69 PAGES 18 AND 19 OF ST. LOUIS COUNTY RECORDS.

The above-described property is also known as 9532 Stansberry Avenue, St. Louis, MO 63134. (Property)

and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and deed of trust and in accordance with applicable non-bankruptcy state law, and

**IT IS FURTHER ORDERED** that this Order shall be binding and remain in full force and effect irrespective of a conversion of this case to a different Chapter of the Bankruptcy Code, and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the real property that is the subject of this Motion for Relief. The Trustee is directed to resume payment on such claims upon notification pursuant to Local Bankruptcy Rule 3021-(A).

All further relief prayed for is DENIED.

KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED: November 20, 2009
St. Louis, Missouri
JJH

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

s/Amy Tucker Ryan
Amy Tucker Ryan, #76827, atr@mllfpc.com
1044 Main Street, Ste. 900
Kansas City, Missouri 64105
Telephone: (816) 221-1430
Fax: (816) 221-1044
ATTORNEYS FOR CREDITOR

*Electronic copies to:*

Amy Tucker Ryan
Martin Leigh Laws & Fritzlen, P.C.
1044 Main St, Ste 900
Kansas City, MO 64105

David T. Lumerman
1221 Locust St., Suite 1000
St. Louis, MO 63103

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102

And via United States mail, postage prepaid, to:

Mary Belford Smith
9532 Stansberry
St. Louis, MO 63134