UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri (St. Louis)

IN RE:                                    Case Number: 08-48253
Debtors: Mary Belford Smith

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Select Portfolio Servicing, Inc. | GRP Financial Services Corp. |
|---|---|
| Name of Transferee | Name of Transferor |
| 3815 S. W. Temple | Court Claim # (if known): 1 |
| Salt Lake City, UT 84115 | Amount of Claim: $24979.33 |
|  | Date Claim Filed: 10/29/2008 |
| Phone: 800 - 258 - 8602 |  |
| Last Four Digits of Acct #: 2383 | Last Four Digits of Acct #: 5811 |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165
Attention: Bankruptcy

Phone: 800 - 258 - 8602
Last Four Digits of Acct #: 2383

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/ Bill Taylor     Date: December 28, 2009
    authorized filing agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:283