UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
|     Mary Belford Smith, | ) | Case No.08-48253-659 |
| | ) | Chapter 13 |
|     _____Debtor._____ | ) | |
| _____ | ) | |
| | ) | **MOTION TO VACATE ORDER** |
|     GRP Financial Services Corp. | ) | **LIFTING STAY** |
| | ) | |
|         for Kondaur Capital Corp., | ) | |
| | ) | |
|         Movant, | ) | Hearing Date: March 8, 2010 |
| | ) | Hearing Time: 10:00 am |
| vs. | ) | Location: Courtroom 7 North |
| | ) | |
|     Mary Belford Smith, and | ) | |
| | ) | |
|     John V. LaBarge, Jr., Trustee. | ) | |

**MOTION TO VACATE ORDER LIFTING STAY COMBINED WITH NOTICE**

    **PLEASE TAKE NOTICE that upon the Motion to Vacate Order Lifting Stay, the undersigned will appear before the Honorable Judge Kathy Surratt-States, 111 S. 10th St., Courtroom 5 North, St. Louis, Missouri 63103 on March 8, 2010, at 10:00 in the forenoon of that day, or as soon thereafter as Counsel may be heard.**

    COMES NOW Debtor, by and through Counsel, and for her Motion to Vacate the Order Lifting Stay states to the Court as follows:

    1.    GRP Financial Services Corp. was granted Relief from Stay on November 20, 2009.

    2.    Debtor filed this case on October 20, 2008.

    3.    Since that date, Debtor's mortgage, which was originally serviced by Select Portfolio Servicing, was sold or transferred twice.

    4.    Some time in January 2010, Kondaur Capital Corp., 1100 Town & Country Road, Suite 1600, Orange, CA 92868, acquired the note on Debtor's home.

    5.    Per the letter dated January 27, 2010, from Kondaur Capital Corp., the principal and interest arrearage on Debtor's home is 9 payments at $225.68, i.e., $2,031.12, and late fees of $90.38, for a total of $2,121.50.

6. Despite requests to do so, Kondaur Capital Corp., has refused or been unable to provide a statement of account regarding Debtor's mortgage loan.

7. Debtor has $2,121.50 to bring her post-petition mortgage account current.

8. Debtor will therefore have become substantially current with her post-petition mortgage payments.

9. The property in question is Debtor's home, and is therefore necessary for effective reorganization.

WHEREFORE, Debtors pray that the Order granting relief from the automatic stay be vacated, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ David T. Lumerman
David T. Lumerman
Attorney for Debtors
1221 Locust Street, Suite 1000
St. Louis, Missouri 63103
(314) 421-3313 (Telephone)
(314) 421-5188 (Facsimile)
dlumerman@sbcglobal.net
MO Bar #24602, EDMO #30773


SUMMARY OF EXHIBITS

1) Letter from Kondaur Capital Corp. dated January 27, 2010

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing Motion to Vacate Order Lifting Stay Combined with Notice was served on the following parties of interest and all creditors per Matrix, either electronically via the Court's ECF system, or via regular US Mail, on this February 10, 2010:

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Office of the US Trustee
111 S. 10th Street, Room 6.535
St. Louis, MO 63102

Amy Tucker Ryan
Martin Leigh Laws 7 Fritzlen, PC
1044 Main Street, Suite 900
Kansas City, MO 64105

Kondaur Capital Corp.
Attn: John Jackson
1100 Town & Country Road
Suite 1600
Orange, CA 92868

Mary Belford Smith
9532 Stansberry Avenue
St. Louis, MO 63134