# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: )<br>)<br>Mary Belford Smith )<br>) Case No. 08-48253-659<br>  Debtor, )<br>) Chapter 13<br>Kondaur Capital Corporation )<br>)<br>  Creditor ) | |

## NOTICE OF TRANSFER OF CLAIM

Comes now Kondaur Capital Corporation by and through its attorneys, Millsap & Singer, LLC, and gives notice of the assignment and transfer of the claim referenced herein and submits the following information.

Name, address and reference number of the original claimant:

> Select Portfolio Servicing, Inc.
> 3815 S.W. Temple
> Salt Lake City, UT 84115

| | |
|---|---|
| Number of Claim being Transferred: | 1 |
| Amount of Claim being Transferred: | $24,979.33 |
| Date Claim was filed: | October 29, 2008 |
| Claimants reference Number: | 5811/2383 |
| Effective Date of Transfer: | October 26, 2009 |

Proper Name of transferee claimant:

> Kondaur Capital Corporation

Transferee's Reference Number:                                         XX7996

Name and address where payments should be sent:

    Kondaur Capital Corporation
    One City Boulevard West, Suite 1900
    Orange, CA 92868

Dated July 6, 2010

          Millsap & Singer, LLC

          */s/Cynthia M. Woolverton*
          Vernon D. Singer, MBE#35335, EDMO#6531
          Cynthia M. Woolverton, MBE#47698, EDMO#85468, KSFd#21445
          612 Spirit Drive
          St. Louis, MO  63005
          Telephone:    (636) 537-0110
          Facsimile:    (636) 537-0067
          bktyed@msfirm.com

          Attorneys for Kondaur Capital Corporation

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this document was either electronically mailed or forwarded first-class regular mail July 6, 2010 to the following parties:

          */s/ Cynthia M. Woolverton*

Mary Belford Smith
9532 Stansberry
St. Louis, MO 63134

Jovanna R. Longo
Longo Law Firm, LLC
Attorney for Debtor
3394 McKelvey Road Suite 107
Bridgeton, MO 63044
jovanna@longolawfirm.com

John V. LaBarge, Jr.
Office of the Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143