# MILLSAP & SINGER, LLC

ATTORNEYS AT LAW

612 SPIRIT DRIVE
ST. LOUIS, MISSOURI 63005

CYNTHIA M. WOOLVERTON
cwoolverton@msfirm.com

TEL (636) 537-0110
FAX (636) 537-0067

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: | ) |
| Mary Belford Smith | ) |
| Debtor, | ) Case No. 08-48253-659 |
| | ) Chapter 13 |
| Kondaur Capital Corporation | ) |
| Creditor | ) |

### NOTICE OF TRANSFER OF CLAIM

Comes now Kondaur Capital Corporation by and through its attorneys, Millsap & Singer, LLC, and gives notice of the assignment and transfer of the claim referenced herein and submits the following information.

Name, address and reference number of the original claimant:

Kondaur Capital Corporation
One City Boulevard West, Suite 1900
Orange, CA 92868

| | |
|---|---|
| Number of Claim being Transferred: | 1 |
| Amount of Claim being Transferred: | $24,979.33 |
| Date Claim was filed: | October 29, 2008 |
| Claimants reference Number: | 5811/2383/7996 |
| Effective Date of Transfer: | June 12, 2010 |

Proper Name of transferee claimant:

North Rock Trust

Transferee's Reference Number:                                    unknown

Name and address where payments should be sent:

North Rock Trust
7119 E. Shea Boulevard #109-466
Scottsdale, AZ 85254

Dated July 6, 2010

Millsap & Singer, LLC

*/s/Cynthia M. Woolverton*
Vernon D. Singer, MBE#35335,
EDMO#6531
Cynthia M. Woolverton, MBE#47698, EDMO#85468,
KSFd#21445
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bktyed@msfirm.com

Attorneys for Kondaur Capital Corporation

## CERTIFICATE OF SERVICE

I certify that a copy of this document was either electronically mailed or forwarded first-class regular mail July 6, 2010 to the following parties:

*/s/ Cynthia M. Woolverton*

Mary Belford Smith
9532 Stansberry
St. Louis, MO 63134

Jovanna R. Longo
Longo Law Firm, LLC
Attorney for Debtor
3394 McKelvey Road Suite 107
Bridgeton, MO 63044
jovanna@longolawfirm.com

John V. LaBarge, Jr.
Office of the Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143