# MILLSAP & SINGER, LLC
### ATTORNEYS AT LAW

612 SPIRIT DRIVE
ST. LOUIS, MISSOURI 63005

CYNTHIA M. WOOLVERTON
cwoolverton@msfirm.com

TEL (636) 537-0110
FAX (636) 537-0067



## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In The Matter Of: )
)
Mary Belford Smith )
) Case No. 08-48253-659
Debtor, )
) Chapter 13
Kondaur Capital Corporation )
)
Creditor )

### NOTICE OF TRANSFER OF CLAIM

Comes now Kondaur Capital Corporation by and through its attorneys, Millsap & Singer, LLC, and gives notice of the assignment and transfer of the claim referenced herein and submits the following information.

Name, address and reference number of the current claimant:

Kondaur Capital Corporation
One City Boulevard West, Suite 1900
Orange, CA 92868

Number of Claim being Transferred: 1
Amount of Claim being Transferred: $24,979.33
Date Claim was filed: October 29, 2008
Claimants reference Number: 5811/2383/7996
Effective Date of Transfer: June 12, 2010

Proper Name of transferee claimant:

East Rock Financial, LLC

Transferee's Reference Number: unknown

Name and address where payments should be sent:

East Rock Financial, LLC
7119 E. Shea Boulevard #109-466
Scottsdale, AZ 85254

Dated July 6, 2010

Millsap & Singer, LLC

/s/Cynthia M. Woolverton
Vernon D. Singer, MBE#35335,
EDMO#6531
Cynthia M. Woolverton, MBE#47698, EDMO#85468,
KSFd#21445
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bktyed@msfirm.com

Attorneys for Kondaur Capital Corporation

## CERTIFICATE OF SERVICE

I certify that a copy of this document was either electronically mailed or forwarded first-class regular mail July 6, 2010 to the following parties:

/s/ Cynthia M. Woolverton

Mary Belford Smith
9532 Stansberry
St. Louis, MO 63134

Jovanna R. Longo
Longo Law Firm, LLC
Attorney for Debtor
3394 McKelvey Road Suite 107
Bridgeton, MO 63044
jovanna@longolawfirm.com

John V. LaBarge, Jr.
Office of the Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143